# EXHIBIT A

PRESSLER and PRESSLER, LLP                                P&P# J93075
COUNSELLORS AT LAW
7 Entin Rd.
Parsippany, NJ 07054-5020
1-973-753-5100   Ext 5106

IMPORTANT NOTICE - PLEASE READ CAREFULLY

INFORMATION SUBPOENA AND WRITTEN QUESTIONS

FAILURE TO COMPLY WITH THIS INFORMATION SUBPOENA
MAY RESULT IN YOUR ARREST AND INCARCERATION

MIDLAND FUNDING LLC

               Plaintiff(s)             SUPERIOR COURT OF NEW JERSEY
                                                          LAW DIVISION
-vs-                                                      WARREN   County
                                                          DOCKET NO.   DJ-075397-12

PAULA JENSEN                                              Civil Action

                       Defendant(s)     INFORMATION SUBPOENA

THE STATE OF NEW JERSEY, to:  PAULA JENSEN

JUDGMENT has been entered against you in the  Superior  Court  of  New Jersey, Law Division, WARREN County , on  April 9, 2012, in the amount of $5,978.03 plus costs, of which $5,839.81 together with interest from April 9, 2012, remains due and unpaid.

Attached to this Information Subpoena is a list of questions that court rules require you to answer within 14 days from the date you receive this subpoena.  If you do not answer the attached questions within the time required, the opposing party may ask the court to conduct a hearing in order to determine if you should be held in contempt.  You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appropriate motion to the court.  Contact an attorney or the clerk of the court for information on making such a motion.  Even if you dispute the judgment you must answer all of the attached questions.

You must answer each question giving complete answers, attaching additional pages if necessary.  False or misleading answers may subject you to punishment by the court.  However, you need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or income. Be sure to sign and date your answers and return them to the address in the upper left hand corner within 14 days.

Dated:  12/12/12
 s/Joanne L. D'Aurizio                              s/TERRANCE D LEE
   Joanne L. D'Aurizio                              TERRANCE D LEE
   Attorney for Plaintiff                                      Clerk


PAULA JENSEN
122 SILVER LAKE RD
BLAIRSTOWN, NJ 078254124